514 A.2d 816

**CAMBRIDGE IRON & METAL COMPANY**

v.

**Henry A. HARTMAN, Jr. et al.**

No. 15, Sept. Term, 1986.

Court of Appeals of Maryland.

Sept. 10, 1986.

Barry Bach (Catherine A. Potthast, Smith, Somerville & Case and John W. Sheldon, on brief), Baltimore, for appellant.

Abraham Paul Korotki, Towson, for appellees.

Argued before MURPHY, C.J., ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ., and MARVIN H. SMITH, Associate Judge of the Court of Appeals of Maryland (retired) Specially Assigned.

ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 9th day of September, 1986

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.